IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRIAN KEITH ROBINSON, | * |
| Plaintiff, | * |
| v. | Case No.   7:22-CV-102(HL) |
| | * |
| SHERIFF ASHLEY PAULK, et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 8, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of February, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk